| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **The Law Office of Christopher A. Payne, PLLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-41535** |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Petroff & Assoc., L.L.P. and Kip Petroff c/o Alisa S. Richman 304 S. Record St., Ste 100 Dallas TX 75202 | | Judgment | | | | $375,000.00 |
| 2 | Shackelford Bowen McKinley & Norton, LLP 9201 N Central Expwy, 4th Fl. Dallas TX 75231 | | Attorney Fees | | | | $88,000.00 |
| 3 | Aldous\Walker, LP 2311 Cedar Springs Rd. #200 Dallas, TX 75201 | | JV Partner | | | | $62,000.00 |
| 4 | States Resources c/o Martin J. Lehman, P.C. Palmer & Manuel, L.L.P. 8350 N Central Expwy., Ste 1111 | | Trade Debt | | | | $38,000.00 |
| 5 | Trident Response Group, LLC 1319 Crampton Street Dallas TX 75207 | | Investigative contractor | | | | $16,000.00 |

| Debtor | **The Law Office of Christopher A. Payne, PLLC** | Case number (if known) **16-41535** |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Lexis Nexis 9443 Springboro Pike Dayton OH 45342 | | Legal Research Software | | | | $1,250.00 |
| 7 | Time Warner Cable 3301 W Roayal Ln Irving TX 75063 | | Cable Services | | | | $300.00 |
| 8 | Robert E. Jenkins Jenkins Law 13904 Josey Ln., # 815928 Dallas TX 75381 | | Receiver | | | | $0.00 |
| 9 | 99 Healthcare Management, LLC 9101 LBJ Frwy., Ste 710 Dallas TX 75243 | | Office equipment | | | | $0.00 |