IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| IN RE:<br><br>THE LAW OFFICE OF CHRISTOPHER A. PAYNE, PLLC<br><br>Debtor | Case No. 16-41535<br>Chapter 7 |
|---|---|

## MOTION TO APPROVE SALE OF OFFICE ITEMS "AS IS, WHERE IS"

YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU MUST FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING *WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE* SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

COMES NOW, Mark A. Weisbart, Chapter 7 Trustee for the estate of The Law Office of Christopher A. Payne, PLLC, and pursuant to 11 U.S.C. § 363 and FED.R.BANKR.P. 6004(c), files this Motion to Approve Sale of Office Items "As Is, Where Is" (the "Motion"), and in support hereof, would show the Court as follows:

1.  This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §§ 1334 and 157. This matter involves the sale of property of the estate and, thus, constitutes a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (N).

2.  On August 30, 2016 ("Petition Date") The Law Office of Christopher A. Payne, PLLC ("Debtor") filed a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") commencing the above-referenced bankruptcy proceeding. Movant is the Chapter 7 Trustee appointed in this case.

3.  As of the Petition Date, one of the assets identified by the Debtor on its Schedules

is office furniture and equipment consisting of desks, tables, chairs, cabinets, and computers (the "Office Items").

4. The Debtor made an offer to buy back the Office Items from the bankruptcy estate for $3,500.00. Trustee believes this represents fair market value.

5. Trustee requests that (i) the sale be made "as is, where is" without any representations or warranties concerning the condition or suitability of the Property.

6. Trustee also requests that the stay requirement of FED.R.BANKR.P. 6004(h) be waived.

## PRAYER

WHEREFORE, Trustee prays that the Court enter an order pursuant to 11 U.S.C. § 363 authorizing him to sell the Office Items back to the Debtor "as is, where is" without any representations or warranties concerning the condition or suitability of the Office Items, granting this motion and granting the Trustee such other and further relief to which he is justly entitled.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICE OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, TX 75251
(972) 628-4903 Phone
mark@weisbartlaw.net

COUNSEL FOR CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served on the parties listed on the attached mailing matrix either through the Court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid, this the 16th day of July 2019.

/s/ Mark A. Weisbart
Mark A. Weisbart

```
Label Matrix for local noticing          99 Healthcare Management LLC              Aldous\Walker, LP
0540-4                                   9101 LBJ Frwy., Ste 710                   2311 Cedar Springs Rd. # 200
Case 16-41535                            Dallas, TX 75243-1912                     Dallas, TX 75201-6933
Eastern District of Texas
Sherman
Tue Jul 16 14:55:37 CDT 2019

Aldous\Walker, LP                        Elizabeth Banda Calvo                     Eboney Cobb
2311 Cedar Springs Rd. #200              Perdue, Brandon, Fielder, Collins & Mott  Perdue Brandon Fielder Collins & Mott
Dallas, TX 75201-6933                    500 E. Border Street                      500 E. Border Street, Suite 640
                                         Suite 640                                 Arlington, TX 76010-7457
                                         Arlington, TX 76010-7457

Comptroller of Public Accounts           Dallas County                             Dallas County
c/o Office of the Attorney General       Linebarger Goggan Blair & Sampson, LLP    Linebarger Goggan Blair & Sampson, LLP
Bankruptcy - Collections Division MC-008 c/o Laurie Spindler Huffman               c/o Laurie Spindler Huffman
PO Box 12548                             2777 N Stemmons Frwy Ste 1000             2777 N Stemmons Frwy Ste 1000
Austin TX  78711-2548                    Dallas, TX 75207-2328                     Dallas, Texas 75207-2328

Derek Sandler                            Internal Revenue Service                  Robert E. Jenkins
6426 Woodland Dr.                        Centralized Insolvency Operations         13904 Josey Lane, #81592
Dallas, TX 75225-2613                    P. O. Box 7346                            Dallas, TX 75381-0015
                                         Philadelphia, PA 19101-7346

Kip Petroff                              Martin J. Lehman                          Lexis Nexis
6060 N Central Expwy., Ste. 500          8350 N. Central Expressway, Suite 1111    9443 Springboro Pike
Dallas  TX 75206-5249                    Dallas, TX 75206-1625                     Dayton, OH 45342-5490

Litzler, Segner, Shaw & McKenney LLP     Dennis Olson                              Petroff & Associates, L.L.P.
1412 Main Street, 24th Floor             Dennis Olson                              c/o Alisa S. Richman
Dallas, TX 75202-4014                    Attorney at Law                           304 S. Record St., Ste 100
                                         1412 Main Street, Suite 2600              Dallas  TX 75202-4712
                                         Dallas, TX 75202-4006

Petroff & Associates, Ltd L.L.P.         Petroff & Associates, Ltd, L.L.P.         RICHARDSON ISD
c/o Alisa S. Richman, its attorney       Law Offices Of Alisa S. Richman           C/O Perdue Brandon Fielder et al
304 South Record St.                     304 S Record St., Ste 100                 500 East Border Street, Suite 640
Suite 100                                Dallas, TX 75202-4712                     Arlington, TX 76010-7457
Dallas, TX 75202-4712

Richardson ISD                           Richardson ISD                            Richardson Independent School District
Perdue Brandon Fielder Et Al             c/o Perdue Brandon Fielder et al          500 East Border Street, Suite 640
500 E. Border Street                     500 E Border Street, Suite 640            Arlington, TX 76010-7457
Suite 640                                Arlington, TX 76010-7457
Arlington, TX 76010-7457

Alisa Scher Richman                      Robert E. Jenkins                         Shackelford Bowen McKinley & Norton, LLP
Law Office of Alisa Richman              Jenkins Law                               9201 N Central Expwy, 4th Fl.
304 S. Record St.                        13904 Josey Ln., # 815928                 Dallas  TX 75231-6033
Suite 100                                Dallas  TX 75381-0298
Dallas, TX 75202-4712

Shackelford Bowen, McKinley & Norton, LLP Laurie A. Spindler                       States Resources
9201 N. Central Expressway, 4th Floor    Linebarger, Goggan, Blair & Sampson       c/o Martin J. Lehman, P.C.
Dallas, TX 75231-6033                    2777 N. Stemmons Frwy Ste 1000            Palmer & Manuel, L.L.P.
                                         Dallas, TX 75207-2328                    8350 N Central Expwy., Ste 1111
                                                                                   Dallas  TX 75206-1625
```

| | | |
|---|---|---|
| States Resources Corp.<br>c/o Martin J. Lehman<br>8350 N. Central Expressway #1111<br>Campbell Centre I<br>Dallas, TX 75206-1625 | States Resources Corp.<br>c/o Martin J. Lehman<br>Palmer & Manuel LLP<br>8350 N Central Expy #1111<br>Dallas TX 75206-1625 | The Law Office of Christopher A. Payne, PLLC<br>9101 LBJ Fwy., Ste 760<br>Dallas, TX 75243-2057 |
| Time Warner Cable<br>3301 W. Roayal Ln.<br>Irving, TX 75063-6014 | Trident Response Group, LLC<br>1319 Crampton Street<br>Dallas, TX 75207-6011 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | US Trustee<br>110 North College Ave<br>Room 300<br>Tyler, TX 75702-7231 | United States Attorney's Office<br>110 North College Avenue<br>Suite 700<br>Tyler, Texas 75702-0204 |
| United States Trustee's Office<br>110 North College Avenue<br>Suite 300<br>Tyler, Texas 75702-7231 | John M. Vardeman<br>UST Office<br>110 N. College St., Suite 300<br>Tyler, TX 75702-7231 | WE Energies<br>333 W. Everett St.<br>Attn: Bankruptcy<br>Milwaukee, MI 53203-2803 |
| Mark A. Weisbart<br>The Law Office of Mark A. Weisbart<br>12770 Coit Road, Suite 541<br>Dallas, TX 75251-1366 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)99 Healthcare Management, LLC<br>9101 LBJ Frwy., Ste 710<br>Dallas  TX 75243-1912 | (u)Cooper and Scully P.C. | (d)Lexis Nexis<br>9443 Springboro Pike<br>Dayton  OH 45342-5490 |
| (u)States Resources<br>c/o Martin J. Lehman, P.C.<br>Palmer & Manuel, L.L.P.<br>8350 N. Central Expwy, Ste 111 | (d)Time Warner Cable<br>3301 W Roayal Ln<br>Irving  TX 75063-6014 | (d)Trident Response Group, LLC<br>1319 Crampton Street<br>Dallas  TX 75207-6011 |
| (d)Mark A. Weisbart<br>The Law Office of Mark A. Weisbart<br>12770 Coit Road, Suite 541<br>Dallas, TX 75251-1366 | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     7<br>Total                  49 | |