# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>THE LAW OFFICE OF CHRISTOPHER A. PAYNE, PLLC<br><br>Debtor | Case No. 16-41535<br>Chapter 7 |

### MOTION TO COMPEL PAYMENT FOR OFFICE ITEMS OR, ALTERNATIVELY, FOR AUTHORIZATION TO SEIZE OFFICE ITEMS

YOUR RIGHTS MAY BE AFFECTED BY THE RELIEF SOUGHT IN THIS PLEADING. YOU SHOULD READ THIS PLEADING CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU OPPOSE THE RELIEF SOUGHT BY THIS PLEADING, YOU MUST FILE A WRITTEN OBJECTION, EXPLAINING THE FACTUAL AND/OR LEGAL BASIS FOR OPPOSING THE RELIEF.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING *WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE* SHOWN IN THE CERTIFICATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH OBJECTION. IF NO OBJECTION IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING WITH APPROPRIATE NOTICE. IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

COMES NOW Mark A. Weisbart, the duly appointed Chapter 7 Trustee ("Trustee") for the bankruptcy estate of The Law Office of Christopher A. Payne, PLLC, files this Motion to Compel Payment for Office Items or, Alternatively, For Authorization to Seize Office Items (the "Motion") seeking the turnover of payment for the Office Items from the Debtor or for authorization to seize the Office Items pursuant to 11 U.S.C. §§ 105(a) and 542(a). In support of this Motion, the Trustee would respectfully show the Court as follows:

### FACTUAL AND PROCEDURAL BACKGROUND

1.    On August 30, 2016 (the "Petition Date"), The Law Office of Christopher A. Payne, PLLC ("Debtor") filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On March 7, 2018 the case was converted to Chapter 7.

2.    Thereafter, Trustee was appointed as the interim chapter 7 Trustee for the Debtor's

bankruptcy estate pursuant to 11 U.S.C. § 701, who has since become the permanent trustee in accordance with 11 U.S.C. § 702(d).

3. On August 12, 2019, the Court entered its Order Granting Trustee's Motion to Approve Sale of Office Items "As Is, Where Is" authorizing the sale of the contents of the Debtor's legal practice back to the Debtor for $3,500.00.

4. To-date, Debtor has failed to pay for the Office Items.

## REQUESTED RELIEF

5. The Trustee requests entry of an order compelling the Debtor to pay for the Office Items within fifteen (15) days of entry of such order.

6. If the Debtor fails to make such payment within fifteen (15) days following entry of this order, Trustee requests authorization to seize the Office Items, shut down the Debtor's operations, and sell such items upon further order of the Court.

## PRAYER

WHEREFORE, Trustee prays that the Court enter an Order (i) compelling the Debtor to pay the Trustee $3,500.00 for the purchase of the Office Items within fifteen (15) days of entry of such order, (ii) authorizing the Trustee to seize the Office Items and shut down the Debtor's operations, and (ii) granting Trustee such other and further relief to which he is justly entitled.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICE OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, TX 75251
(972) 628-4903 Phone
mark@weisbartlaw.net

COUNSEL FOR CHAPTER 7 TRUSTEE

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing instrument was served on the parties on the attached mailing list in accordance with LBR 9013(f) either through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid on this the 23rd day of October 2019.

                                                         /s/ Mark A. Weisbart
                                                         Mark A. Weisbart

```
Label Matrix for local noticing          Elizabeth Banda Calvo                       Eboney Cobb
0540-4                                   Perdue, Brandon, Fielder, Collins & Mott   Perdue Brandon Fielder Collins & Mott
Case 16-41535                            500 E. Border Street                        500 E. Border Street, Suite 640
Eastern District of Texas                Suite 640                                   Arlington, TX 76010-7457
Sherman                                  Arlington, TX 76010-7457
Wed Oct 23 11:51:04 CDT 2019

Martin J. Lehman                         Dennis Olson                                Alisa Scher Richman
8350 N. Central Expressway, Suite 1111   Dennis Olson                                Law Office of Alisa Richman
Dallas, TX 75206-1625                    Attorney at Law                             304 S. Record St.
                                         1412 Main Street, Suite 2600                Suite 100
                                         Dallas, TX 75202-4006                       Dallas, TX 75202-4712

Laurie A. Spindler                       The Law Office of Christopher A. Payne, PLLC   US Trustee
Linebarger, Goggan, Blair & Sampson      9101 LBJ Fwy., Ste 760                      Office of the U.S. Trustee
2777 N. Stemmons Frwy Ste 1000           Dallas, TX 75243-2057                       110 N. College Ave.
Dallas, TX 75207-2328                                                                Suite 300
                                                                                     Tyler, TX 75702-7231

John M. Vardeman                         Mark A. Weisbart
UST Office                               The Law Office of Mark A. Weisbart
110 N. College St., Suite 300            12770 Coit Road, Suite 541
Tyler, TX 75702-7231                     Dallas, TX 75251-1366
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Mark A. Weisbart                      End of Label Matrix
The Law Office of Mark A. Weisbart       Mailable recipients   10
12770 Coit Road, Suite 541               Bypassed recipients    1
Dallas, TX 75251-1366                    Total                 11
```