# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>THE LAW OFFICE OF CHRISTOPHER A. PAYNE, PLLC<br><br>               Debtor | Case No. 16-41535<br>Chapter 7 |

## REPORT OF SALE

COMES NOW Mark A. Weisbart, Trustee, and files this Report of Sale as follows:

1. Pursuant to the Order Granting Trustee's Motion to Approve Sale of Office Items entered on August 12, 2019, the Trustee sold the Debtor's interest in office furniture and equipment consisting of desks, tables, chairs, cabinets, and computers (the "Office Items") back to the Debtor for $3,500.00.

WHEREFORE, PREMISES CONSIDERED, Trustee requests that the Court accept this Report of Sale.

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICE OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, TX 75251
(972) 628-4903 Phone
mark@weisbartlaw.net

CHAPTER 7 TRUSTEE

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing instrument was served on the Office of the U.S. Trustee through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, on this the 25th day of October 2019.

    /s/ Mark A. Weisbart
    Mark A. Weisbart